1

**ROUTH CRABTREE OLSEN, P.S.**
3535 FACTORIA BLVD. SE, SUITE 200
2 BELLEVUE, WA 98006
TELEPHONE    (425) 458-2121
3 FACSIMILE    (425) 458-2131

Honorable Judge Samuel J. Steiner
Chapter 7
Hearing Location: Seattle
Hearing Date: January 18, 2008
Hearing Time: 9:30 am
Response Date: January 11, 2008

4

5 IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

6

7 In re:

No.:  07-15778-SJS

8 Christina Maria Balenda

ORDER GRANTING RELIEF FROM STAY
To Countrywide Home Loans, Inc.

9                                          Debtor.

10      This matter came before the Court upon Countrywide Home Loans, Inc.'s motion for relief from stay.
11 It appears for the reasons stated in the motion that the stay should be lifted as to enforcement of the deed of
trust that is the subject of Countrywide Home Loans, Inc.'s motion and further as to the property located at
12 3042 4th Ave W, Seattle, Washington 98119-1905 ("Property") and legally described as set forth in the Deed
of Trust attached as an exhibit to the motion.

13

14      IT IS THEREFORE ORDERED that, pursuant to 11 U.S.C. § 362(d), the automatic stay is terminated
as to Countrywide Home Loans, Inc., its successors and assigns, so that it may pursue its state remedies to
enforce its security interest in the Property and/or as to enforcement of the deed of trust that is the subject of
15 Countrywide Home Loans, Inc.'s motion.  Creditor, its successors and assigns, may, at its option, offer, provide and
enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss
16 mitigation agreement and may contact the Debtor via telephone or written correspondence to offer such an agreement,
which shall be non-recourse unless included in a reaffirmation agreement.  It is further ordered that the order shall be
17 effective immediately notwithstanding the provisions of F.R.B.P 4001(a)(3) and that the order shall be
effective as to any chapter under which the present case may be converted absent further order of this court.

18      DATED:  January 16, 2008

19

20                                          _____
                                          U.S. Bankruptcy Judge Samuel J. Steiner
21 Presented by:

22 **ROUTH CRABTREE OLSEN, P.S.**

23 /s/ Jennifer Aspaas
   _____
   Jennifer Aspaas, WSBA# 26303
24 Attorneys for Creditor

25

26

Order Granting Relief From Stay
Page - 1

**ROUTH CRABTREE OLSEN, P.S.**
3535 FACTORIA BLVD SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131