B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

Case No. **07–15778–SJS**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christina Maria Balenda
   fka Christina M Corey
   19910 Fremont Ave N
   Shoreline, WA 98133

Social Security No.:
   xxx–xx–0043

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

The Debtor(s) filed a Chapter 7 case on **November 30, 2007.** It appearing that the Debtor is entitled to a discharge,

**IT IS ORDERED:**

The Debtor is granted a discharge under 11 U.S.C. § 727.

BY THE COURT

Dated: March 13, 2008          Samuel J. Steiner
                                                 United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**


**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0981-2          User: admin              Page 1 of 1                Date Rcvd: Mar 13, 2008
Case: 07-15778                Form ID: b18             Total Served: 11

The following entities were served by first class mail on Mar 15, 2008.
db           +Christina Maria Balenda,    19910 Fremont Ave N,    Shoreline, WA 98133-3425
cr            Alaska USA Federal Credit Union,    PO Box 196613,    Anchorage, AK   99519-6613
950941263     Alaska USA Federal CU,    PO Box 196613,    Anchorage AK   99519-6613
950941265    +Cingular / AT & T,    7277 164th Ave NE,    Redmond WA 98052-7823
950941266    +City of Seattle Light,    700 5th Ave, Ste 3200,    Seattle WA 98104-5065
950941267     Countrywide,   PO Box 15298,    Wilmington DE   19850-5298
950941268     Countrywide Home Loans,    PO Box 650070,    Dallas TX   75265-0070
950941269    +Dennis E Henry, Esq,    Frederick J Hanna & Assoc,    1427 Roswell Rd,    Marietta GA 30062-3668
950941270    +King Co Dept of Assessment,    500 4th Ave, Rm 740,    Seattle WA 98104-2371
The following entities were served by electronic transmission on Mar 14, 2008.
smg           EDI: WADEPREV.COM Mar 14 2008 01:42:00      State of Washington,    Department of Revenue,
               2101 4th Ave, Ste 1400,    Seattle, WA  98121-2300
950941264    +EDI: BANKAMER.COM Mar 14 2008 01:42:00      Bank of America,    PO Box 15726,
               Wilmington DE 19850-5726
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Countrywide Home Loans Inc
                                                                                         TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 15, 2008**                     Signature:   *Joseph Speetjens*